AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JULIAN P. KASSNER, M.D.,

                Plaintiff,

    v.

KADLEC REGIONAL MEDICAL CENTER; KADLEC HEALTH SYSTEM; COLUMBIA BASIN IMAGING, P.C.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5114-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims with respect to Kadlec are Dismissed with prejudice.

February 15, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson